UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| TAMMIE STOOTS, | ) |
|     Plaintiff, | ) ) ) Case No. 2:13-cv-44 |
| v. | ) ) Collier/Carter |
| COMMISSIONER OF SOCIAL SECURITY | ) ) |
|     Defendant. | ) |

**O R D E R**

Before the Court is Plaintiff Tammie Stoots's ("Plaintiff") motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Court File No. 23), to which the Social Security Commissioner ("Defendant") responded (Court File No. 26). On July 1, 2014, United States Magistrate Judge William B. Mitchell Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 27), in which he recommended Plaintiff's motion for attorney's fees be granted and Plaintiff be awarded $2,537.50 in attorney's and paralegal's fees plus $350.00 in costs and $18.93 in expenses for a total of $2,906.43. Neither party has objected to the R&R within the given 14 days.

After reviewing the record, this Court agrees with, and hereby **ACCEPTS** and **ADOPTS**, the R&R (Court File No. 27). Accordingly, the Court **GRANTS** Plaintiff's motion for attorney's fees (Court File No. 23) and **AWARDS** Plaintiff $2,537.50 in attorney's and paralegal's fees plus $350.00 in costs and $18.93 in expenses for a total of $2,906.43.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**