UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

TAMMIE E. STOOTS,                    )
                                     )
            Plaintiff,               )
                                     )    No. 2:13-CV-44
v.                                   )
                                     )    Judge Curtis L. Collier
CAROLYN W. COLVIN,                   )
Commissioner of Social Security,     )
                                     )
            Defendant.               )

## ORDER

On September 30, 2014, United States Magistrate Judge William B. Mitchell Carter filed a

report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ.

P. 72(b) (Court File No. 34). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS**

and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, it is **ORDERED** that:

(1)     Plaintiff's Motion for Attorney Fees pursuant to 42 U.S.C. § 406(b) is **GRANTED**

        (Court File No. 29);

(2)     A judgment awarding Plaintiff the amount of $5,204.48, subject to reimbursement

        to the plaintiff of the Equal Access to Justice Act attorney's fee award of $2,537.50,

        is **ENTERED**.

**SO ORDERED.**

**ENTER:**

                              **/s/**_____
                              **CURTIS L. COLLIER**
                              **UNITED STATES DISTRICT JUDGE**